| | | | |
|---|---|---|---|
| Rogers v. State | 60 N.E.3d 256 | 01/19/2017 | Transfer denied. All Justices concur, except Rush, C.J., and Massa, J., who vote to grant the Petition to Transfer. |
| Tools v. State | 64 N.E.3d 1265 | 01/19/2017 | Transfer denied. All Justices concur, except Rush, C.J., and Slaughter, J., who vote to grant the Petition to Transfer. |
| Champlain Capital Partners, LP v. Elway Co., LLP | 58 N.E.3d 180 | 01/19/2017 | Transfer denied. All Justices concur, except Rush, C.J., and David, J., who vote to grant the Petition to Transfer. |
| Nolan v. Clarksville Police Department | 60 N.E.3d 1128 | 01/23/2017 | Transfer granted. The Court grants transfer, thereby vacating the Court of Appeals' opinion as requested by the parties, and grants the "Parties' Joint Motion to Voluntarily Dismiss Appeal" with prejudice. All Justices concur. |
| Wampler v. State | 57 N.E.3d 884 | 01/25/2017 | Transfer granted. |